

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Blaine Jason Kinsey,                              * From the 13th District
                                                   Court of Navarro County,
                                                   Trial Court No. 33,117.

Vs. No. 11-12-00102-CR                            * May 22, 2014

The State of Texas,                               * Memorandum Opinion by Wright, C.J.
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.